**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**SHERRI WHITEHEAD**                                                                                            **PLAINTIFF**
on behalf of T.W., a minor child

v.                              Case No. 4:13-cv-00636–KGB-BD

**CAROLYN W. COLVIN, Acting Commissioner,**                                              **DEFENDANT**
Social Security Administration

## ORDER

The Court has received the Recommended Disposition filed by Magistrate Judge Beth Deere (Dkt. No. 13). The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court affirms the decision of the Commissioner and dismisses with prejudice plaintiff Sherri Whitehead's Complaint (Dkt. No. 2).

SO ORDERED this 31st day of March, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE