**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**SHERRI WHITEHEAD**                                                                                  **PLAINTIFF**
**on behalf of T.W., a minor child**

v.                             Case No. 4:13-cv-00636–KGB-BD

**CAROLYN W. COLVIN, Commissioner,**                                             **DEFENDANT**
**Social Security Administration**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that plaintiff Sherri Whitehead's complaint is dismissed with prejudice.

SO ADJUDGED this the 31st day of March, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE